UNITED STATES of America,
Plaintiff—Appellee,

v.

Lisa CHANTHASENG, Defendant—
Appellant.

No. 04–10426.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted June 14, 2005.*

Decided June 28, 2005.

Audrey J. Renschen, USAK—Office of the U.S. Attorney, Anchorage, AK, for Plaintiff—Appellee.

Randall S. Cavanaugh, Esq., Kalamarides & Lambert, Anchorage, AK, for Defendant—Appellant.

Before: KLEINFELD, TASHIMA and THOMAS, Circuit Judges.

MEMORANDUM **

Federal prisoner Lisa Chanthaseng appeals her 24–month sentence imposed following revocation of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Chanthaseng contends that the district court erred in not granting a continuance of her sentencing hearing in order to conduct a mental health examination. Because Chanthaseng raises this issue for the first time on appeal, we review for plain error. *See United States v. Antonakeas,* 255 F.3d 714, 727 (9th Cir.2001). We find none. The record indicates that Chanthaseng never requested a continuance of the sentencing hearing. Even if she had, Chanthaseng failed to demonstrate that a continuance was warranted. *See United States v. Lewis,* 991 F.2d 524, 528–29 (9th

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Cir.1993); *United States v. Bos,* 917 F.2d 1178, 1183 (9th Cir.1990).

AFFIRMED.